IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ING BANK, fsb,

        Plaintiff,

vs.

RAMON P. FAZAH,

        Defendant.

No. CIV S-09-1174 WBS EFB PS

<u>ORDER</u>

/

     This action, in which defendant is *pro se*, is before the undersigned under Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On February 17, 2010, defendant filed a request for leave to file electronically in this action. Dckt. No. 34. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

     Although defendant's request does not provide reasons for the exception, defendant indicated at the status (pretrial scheduling) conference held on February 17, 2010, that he would

1  be traveling to the east coast for family reasons and would likely remain there for a brief period
2  of time.  Therefore, the undersigned finds that defendant should be permitted to utilize the
3  court's electronic filing and case management system ("CM/ECF").
4      Accordingly, defendant's request for leave to electronically file all further papers in this
5  case, Dckt. No. 34, is granted.  The Clerk of Court will contact defendant in order to facilitate
6  defendant's participation in the CM/ECF system.
7      SO ORDERED.
8  Dated:  February 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2