Terrance J. Evans (SBN 227671)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-mail:    tjevans@duanemorris.com

Attorneys for Plaintiff
ING BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, FSB,<br><br>             Plaintiff,<br><br>       v.<br><br>RAMON P. FAZAH, AN INDIVIDUAL,<br><br>             Defendant. | Case No. CV 09-1174-WBS-EFB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:        William B. Shubb<br>First Amended Complaint Filed:  4/9/2009 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ING Bank, FSB ("ING") and Defendant Ramon P. Fazah hereby stipulate and agree that ING is authorized to make this request for dismissal of its First Amended Complaint and this entire action with prejudice as to all parties.  All parties to bear their own costs and attorneys' fees, respectively.

Dated: September 9, 2011              **DUANE MORRIS LLP**

                                By:    /s/
                                      Terrance J. Evans
                                      Attorneys for Plaintiff ING BANK, FSB



                                By:    /s/
                                         Defendant Ramon P. Fazah

1

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AND                CASE NO. CV 09-1174-WBS-EFB**
**ORDER DISMISSING ACTION WITH PREJUDICE**

# **ORDER**

IT IS HEREBY ORDERED that the First Amended Complaint of Plaintiff ING Bank, FSB and this entire action, USDC Case No. CV 09-1174-WBS-EFB, is hereby dismissed with prejudice as to all parties. All parties will bear their own costs and attorneys' fees, respectively.

Dated: September 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AND**     **CASE NO. CV 09-1174-WBS-EFB**
**ORDER DISMISSING ACTION WITH PREJUDICE**